# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

135539

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HOMER MIDGYETTE,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135539
COA: 281142
Wayne CC: 74-009462

_____/

On order of the Court, the application for leave to appeal the October 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

Clerk

p0616